UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT

OCT 31, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

SPIRAL GROUP, a California corporation,

    Plaintiff,

vs.

FUJIAN SHENLIKA ALUMINUM INDUSTRY DEVELOPMENT CO., LTD, a foreign limited company; and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 5:17-cv-2217 VAP (SSx)

[PROPOSED] JUDGMENT

    Having received, read, considered and granted the stipulation of the parties to lift the stay imposed in this action, to take Plaintiff's motion to lift the stay and confirm the arbitration award off calendar, and to confirm the final arbitration award, and good cause appearing,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. That the Final Arbitration Award of Justice William F. Rylaarsdam, Ret., dated September 5, 2019, which resolves this action in all respects, is hereby confirmed in all respects;

2. That Defendant FUJIAN SHENLIKA ALUMINUM INDUSTRY DEVELOPMENT CO. (hereinafter "Fujian Shenlika") shall pay SPIRAL damages in the amount of Three Hundred Twenty-Seven Four Hundred and Seventy-Two Dollars and No Cents ($327,472.00) in accordance with the Final Arbitration Award;

3. Fujian Shenlika shall pay to Spiral its attorney's fees and costs incurred in connection with the arbitration proceeding, totaling Eighty-Four

Thousand Two Hundred Seventy-One Dollars and No Cents ($84,271.00), in accordance with the terms of the Final Arbitration Award;

4. Fujian Shenlika shall pay to Spiral its post-judgment interest on the sums above, from the date of entry of this Judgment to the date of full and final satisfaction of this Judgment; and,

5. This Court retains jurisdiction over this matter to enforce the terms of this Judgment.

DATED: October 31, 2019

By: *Virginia A. Phillips*
Hon. Virginia A. Phillips
United States District Court Judge